UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 4:01-CR-22-03-SEB-MGN |
| | ) | |
| TERRY LEE MOZEE | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated May 19, 2011, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED. The defendant is ordered released from custody immediately. Upon designation, the defendant is to reside for a period of twelve (12) months at a residential reentry center and shall observe the rules of that facility. Upon successful completion of the twelve-month term, his term of supervised release shall be terminated. The Court recommends that the defendant be designated to Dismas House in Louisville, Kentucky.

Date: 05/20/2011

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

A. Brant Cook
United States Attorney's Office
brant.cook@usdoj.gov

Frank Campisano
frank@campisanolawoffice.com

U.S. Marshal

U.S. Probation Office